CITY OF JERSEY CITY, A MUNICIPAL CORPORATION OF THE STATE OF NEW JERSEY, PROSECUTOR, v. J. H. THAYER MARTIN, STATE TAX COMMISSIONER, RESPONDENT.

Argued November 15, 1938—Decided March 6, 1939.

Before Justices CASE, DONGES and PORTER.

For the prosecutor, *Charles Hershenstein, Edward J. O'Mara* and *James A. Hamill.*

For the respondent, *David T. Wilentz,* attorney-general, *Herbert J. Hannoch, John Solan* and *Morris Weinstein.*

PER CURIAM.

These cases are on three writs of *certiorari* which bring up certificates of apportionment made by the State Tax Commissioner under chapters 7 and 8, *Pamph. L.* 1938, and present for review the constitutionality of those statutes and the

legality of the apportionments of gross receipts of the Public Service Co-ordinated Transport, the Public Service Electric and Gas Company and the New Jersey Bell Telephone Company. The apportionments made by the Tax Commissioner are affirmed and the writs are dismissed for the reasons given in our determination of *The City of Camden* v. *State Board of Tax Appeals,* 122 *N. J. L.* 253, and of *The Mayor, &c., of Hoboken* v. *Martin, State Tax Commissioner, et al.,* 122 *Id.* 264, filed simultaneously herewith; without costs.